PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 02, 2025**

SEAN F. MCAVOY, CLERK

U.S.A. vs.        Samuels-Wynecoop, Noah        Docket No.        0980 2:24CR00170-RLP-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Corey M McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Noah Samuels-Wynecoop, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 30th day of September 2025, under the following conditions:

**Condition #12:** If random controlled substance testing is not done through a treatment program, random controlled substance testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall not in any way obstruct or attempt to obstruct or tamper with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On October 2, 2025, a U.S. probation officer reviewed the pretrial release conditions with Mr. Samuels-Wynecoop. He signed his release conditions acknowledging an understanding, to include condition number 12.

It is alleged Mr. Samuels-Wynecoop is in violation of his pretrial release conditions by using marijuana on or around November 10, 2025.

On November 19, 2025, Mr. Samuels-Wynecoop reported to the U.S. Probation Office to discuss a positive urinalysis test he submitted on November 10, 2025, for his treatment provider, Camas Path. The positive test was for marijuana. He denied knowingly using any product containing marijuana, but admitted to being around individuals smoking marijuana for an extended period of time. He provided a negative urinalysis test that same day.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    December 1, 2025 |
| by | s/Corey M McCain |
|  | Corey M McCain<br>U.S. Pretrial Services Officer |

PS-8
Re: Samuels-Wynecoop, Noah
December 1, 2025
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

Dec 2, 2025
Date